IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )        2:19cr344-MHT
                            )            (WO)
WILLIE M. BURKS, III        )
```

## ORDER

Based on the representations made on the record during the conference call on January 28, 2021, it is ORDERED that the government's unopposed motion to continue trial (doc. no. 79) is granted and that the jury selection and trial in this case are continued for now. The court is assessing the current impact of the pandemic on the Middle District of Alabama and will shortly determine, after making appropriate findings under the Speedy Trial Act, 18 U.S.C. § 3161, when the jury selection and trial should be reset.

DONE, this the 29th day of January, 2021.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE