# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:19-CR-344-MHT |
| | ) |
| WILLIE M. BURKS, III, | ) |
| | ) |
| Defendant. | ) |

### DUNN'S *REPLY* TO BURK'S OPPOSITION TO DUNN'S SECOND MOTION TO QUASH APPEARANCE SUBPOENA

COMES NOW Jefferson S. Dunn, by and through his undersigned counsel, and replies to Burk's opposition to the motion to quash, as follows:

1. For a case from a district court within the Eleventh Circuit granting a motion to quash a testimonial subpoena, in a criminal case, based on lack of relevance and harassment, see U.S. v. Camp, 285 F.Supp. 400 ( N.D. Ga. 1967).

2. The U.S. Attorney's Office, in the instant case, filed a motion in limine with respect to evidence of "prison conditions" and the motion was conditionally granted by this Court. See Docs. 113 and 148.

Respectfully submitted this 16th day of July, 2021.

STEVE MARSHALL
Attorney General

1

        Carrie Ellis McCollum (ELL037)
        General Counsel

        <u>/s/ Bart Harmon</u>
        Bart Harmon (HAR127)
        Assistant Attorney General
        ASB-4157-R61B
        Attorney for Defendants
        Alabama Department of Corrections
        301 South Ripley Street
        Montgomery, Alabama 36130
        Telephone: (334) 353-3881
        Fax: (334) 353-3891
        bart.harmon@doc.alabama.gov

<u>OF COUNSEL</u>:

Bart Harmon
Alabama Department of Corrections
301 South Ripley Street
Post Office Box 301501
Montgomery, Alabama 36130-1501
(334) 353-3890

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of July, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

Joseph C Guillot
McPhillips Shinbaum LLP
516 S Perry St
Montgomery, AL 36104

Julian Lenwood McPhillips , Jr.
McPhillips Shinbaum, L.L.P.
P O Box 64
Montgomery, AL 36101

Ben Mark Baxley
U S Attorney's Office
131 Clayton St
Montgomery, AL 36104

David Nathan Reese
US Department of Justice
950 Pennsylvania Avenue NW;
PHB 5126
Washington, DC 20530

Katherine G. DeVar
DOJ-Crt
Civil Rights Division
150 M St NE - Rm 7.916
Washington, DC 20002

Eric M Counts
U S Attorney's Office
131 Clayton St
Montgomery, AL 36104
334-223-7280

Mark Blumberg
U S Dept of Justice
Criminal Section-Civil Rights Div.
150 M St NE
Washington, DC 20002

/s/ Bart Harmon.
Bart Harmon (HAR127)
Assistant Attorney General