IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:19cr344-MHT |
| | ) | |
| WILLIE M. BURKS, III | ) | |

**ORDER**

Jury selection and trial are set to begin on July 19, 2021. To ensure the efficient use of judicial resources and for good cause, it is ORDERED that:

(1) The petit jurors shall be kept together on the first day of trial, July 19, 2021; and

(2) The clerk of court shall, pursuant to the provisions of 28 U.S.C. § 1871, expend sums to pay for meals for all petit jurors during the hours that the trial is in session on July 19, 2021.

DONE, this the 16th day of July, 2021.

                                         /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE