# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL ACTION NO. |
| v. ) | 2:19cr344-MHT |
| ) | |
| WILLIE M. BURKS, III ) | |

## ORDER

The court having viewed the three-dimensional animation at issue, it is ORDERED that the government's motion to determine its admissibility (Doc. 117) is granted. Defendant does not contest the authenticity and accuracy of the animation, and the court concludes that it is highly relevant and probative and not unfairly prejudicial to defendant at all. Accordingly, the computer-generated animation will be admissible at trial.

DONE, this the 16th day of July, 2021.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**