IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL CASE NO. |
| v.   ) | 2:19cr344-MHT |
| ) | |
| WILLIE M. BURKS, III   ) | |

### VERDICT FORM

As to the charge in Count One of the indictment, we, the jury, find the defendant, Willie M. Burks, III:

____X____ Guilty

or

_____ Not Guilty.

So say we all, this the _21_ day of July, 2021.

_____
Foreperson