IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )      CRIMINAL ACTION NO.
     v.                     )          2:19cr344-MHT
                            )              (WO)
WILLIE M. BURKS, III        )
```

                          ORDER

It is ORDERED that the clerk of the court is to arrange for the transcription and filing of the testimony of Denise Preston.

The parties should address in their sentencing briefs and at sentencing whether this testimony (and perhaps other similar testimony) should be considered by the court at sentencing and, if so, how.  In particular, the parties should address (1) whether the testimony reveals that defendant Willie M. Burks, III physically abused inmates in general and (2) whether the Alabama Department of Corrections had a culture of toleration of

officer-on-inmate physical abuse, and, in particular, toleration by supervisors.

DONE, this the 23rd day of July, 2021.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE