IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA   )
                           )   CRIMINAL ACTION NO.
     v.                    )       2:19cr344-MHT
                           )           (WO)
WILLIE M. BURKS, III       )
```

### ORDER

It is ORDERED that defendant Willie M. Burks, III's motion for reconsideration of his sentence (Doc. 216) is denied.  Whether or not defendant Burks was responsible for failing to stop the assault on the other inmate (which alleged incident was not the basis of his conviction), the court's sentence would be the same.

DONE, this the 18th day of February, 2022.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE