IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:19cr344-MHT** |
| | ) | (WO) |
| **WILLIE M. BURKS, III** | ) | |

**ORDER**

Upon consideration of the opinion of the United States Court of Appeals for the Eleventh Circuit entered on September 29, 2023 (Doc. 238), affirming the judgment of conviction pronounced in this case as to defendant Willie M. Burks, III on February 4, 2022, and entered on February 8, 2022 (Doc. 212), and the mandate of the United States Court of Appeals for the Eleventh Circuit issued on December 26, 2023, and received in the office of the clerk of this court on December 29, 2023 (Doc. 239), it is the ORDER, JUDGMENT, and DECREE of the court that the sentence pronounced upon defendant Burks on February 4, 2022, and entered on February 8, 2022 (Doc. 212), be placed in full force and effect.

It is further ORDERED that defendant Burks shall stand committed for service of his sentence on or before 2:00 p.m. CST, Friday, February 9, 2024, and that

defendant Burks shall surrender himself to the institution designated by the Bureau of Prisons--which the court recommends be a facility as close as possible to Montgomery, Alabama--for service of defendant Burks's sentence.  Pending his surrender as indicated, defendant Burks shall continue under the conditions of release imposed on September 18, 2019 (Doc. 7).

    DONE, this the 4th day of January, 2024.

                                    /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE